# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0743

VERSUS

PETER CELESTINE                                       **OCTOBER 26, 2020**

---

In Re:    Peter Celestine, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 19-06524.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**  See La. Code Crim. P. art. 578.

                            **VGW**
                            **JEW**
                            **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT